UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARTDECO INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 24-cv-4636 |
| v. | ) |
| | ) |
| THE INDIVIDUALS, CORPORATIONS, | ) |
| LIMITED LIABILITY COMPANIES, | ) Presiding: Hon. Jeffrey I Cummings |
| PARTNERSHIPS, AND | ) Magistrate: Hon. Jeffrey Cole |
| UNINCORPORATED ASSOCIATIONS | ) |
| IDENTIFIED ON SCHEDULE A TO THE | ) |
| COMPLAINT, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendant:

| Defendant Seller Alias | DOE No. |
|---|---|
| ABADANEE | 1 |
| yearnjear | 10 |
| ADD COLOUR | 12 |
| xinghaojiaju | 27 |
| xinranjiaju | 28 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Date: August 8, 2024                           Respectfully submitted,

/s/ Keaton Smith
Keaton D. Smith
Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018
Email: ksmith@whitewoodlaw.com;
smu@whitewoodlaw.com

*Counsel for Plaintiff*